IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CHRISTOPHER M.S. DERHAKE, | ) |
| Plaintiff, | ) |
| v. | ) No. 12-cv-3351 |
| PATRICK R. DONAHOE, Postmaster General of the United States Postal Service, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

The Complaint in this case was filed in the United States District Court for the Southern District of Illinois on August 17, 2012, by Attorney David R. Swimmer on behalf of Plaintiff. By Order Granting Motion to Transfer Case (d/e 14) entered December 14, 2012, this case was transferred to the Central District of Illinois. On February 1, 2013, Attorney David R. Swimmer was allowed by Text Order of the undersigned to withdraw as counsel for Plaintiff. Plaintiff was advised in that Text Order that he would be considered *pro se* unless and until he retained replacement counsel. As of this date, no replacement attorney has entered an appearance and Plaintiff is, therefore, considered *pro se*.

On March 13, 2013, at 3:30 p.m. a Rule 16 conference was scheduled in open court in Springfield, Illinois. That hearing date was set by Notice of Hearing issued February 14, 2013 and a copy was sent to the *pro se* Plaintiff at the address provided to the Office of the Clerk. Assistant United States Attorney Hilary Frooman was present on behalf of the Defendant. *Pro se* Plaintiff failed to appear. AUSA Frooman made an oral motion on behalf of the Defendant to dismiss the case for lack of prosecution. That oral motion was taken under advisement by the undersigned.

In the Court's Minute Entry of the hearing held March 13, 2013, the Court directed *pro se* Plaintiff to file a written status report stating his desire whether he would like to proceed with this case on or before March 29, 2013. To date, nothing has been filed by *pro se* Plaintiff.

THEREFORE THE COURT RECOMMENDS that Defendant's oral motion to dismiss be allowed and that the matter be dismissed due to want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and

Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his address as provided.


ENTER:    April 3, 2013


       FOR THE COURT:

                              _____*s/ Byron G. Cudmore*_____
                              BYRON G. CUDMORE
                              UNITED STATES MAGISTRATE JUDGE